AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 17-cv-00129-RLP-NONE

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* John Weatherbie
was received by me on *(date)* 9-12-17 .

☑ I personally served the summons on the individual at *(place)* John Weatherbie 73-1084 Ahulani St Kona, 96740 on *(date)* 9-13-17 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9-13-17

Server's signature

RICHARD RAMIREZ  Process Server
Printed name and title

**Island Process Servers, LLC
P.O. Box 729
Kailua-Kona, HI 96745
(808) 989-3944**
Server's address

Additional information regarding attempted service, etc:

X